## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ARCADE JOSEPH COMEAUX, JR., <br> (TDCJ-CID #841331) | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION H-03-2555 |
| DARRELL SUTTON, *et al.,* | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on January 10, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge