IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARCADE JOSEPH COMEAUX, JR., <br> (TDCJ-CID #841331) <br><br> Plaintiff, <br><br> vs. <br><br> DARRELL SUTTON, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § |

CIVIL ACTION H-03-2555

**ORDER**

This case is set for a status conference on **June 3, 2013 at 4:00 p.m.**

SIGNED on May 3, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge