IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARCADE JOSEPH COMEAUX, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-03-2555 |
| § | |
| DARRELL SUTTON, *et al.,* § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Based on the prior rulings of this court and the jury's verdict, the court orders that plaintiff, Arcade Comeaux, Jr., take nothing from the defendants and dismisses his claims, with prejudice.

Final judgment is entered in favor of the defendants. Costs of court are taxed against the plaintiff.

SIGNED on August 27, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge